UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
UNITED STATES OF AMERICA                      :
                                              :
                                              :        ORDER
                    – against –               :        07 CR 0067 (JFB)
                                              :
                                              :
FRANK MORROW,                                 :
                                              :
           Defendant.                         :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

JOSEPH F. BIANCO, District Judge:

        Pursuant to 28 U.S.C. § 636(b)(3), Judge Hurley referred this case to Magistrate Judge E.

Thomas Boyle to conduct a plea hearing. The hearing was conducted on February 7, 2007 and,

based upon his findings at the hearing, Magistrate Judge Boyle recommended that the Corut

accept the defendant's plea of guilty. There were no objections to that recommendation.

        Accordingly, based upon a de novo review of the transcript of the plea proceeding, the

Court adopts the recommendation of Magistrate Judge Boyle and accepts the defendant's plea of

guilty to the one-count Information and the defendant is adjudged guilty on that count.

                            SO ORDERED.


                            _____
                            JOSEPH F. BIANCO
                            UNITED STATES DISTRICT JUDGE


Dated:        September 2, 2009
              Central Islip, New York